**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**



**FILED**

SEP 29 2008

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**

**MATTHEW SNELL,**

      **Defendant.**

CLERK, US DISTRICT COURT, WDNY

**DOCKET NO. 08-CR-**

08  CR  275 S

## REPORT AND RECOMMENDATION

By Order of Judge William M. Skretny dated September 29, 2008, the

above case was referred to me, with the consent of the defendant, to take the

defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the

Federal Rules of Criminal Procedure for a Report and Recommendation.  The following

is my Report and Recommendation as to the defendant's plea of guilty.

On September 29, 2008, the defendant entered a plea of guilty in this

case, as set forth in the transcript of the plea proceeding, which is transmitted with this

written Report and Recommendation.  In accordance with my oral Report and

Recommendation at the close of the plea proceeding, it is my Report and

Recommendation that the defendant's plea of guilty accords with the requirements of

2

Rule 11 of the Fed. R. Crim. P. and that Your Honor adjudge the defendant guilty of the

offense(s) to which the guilty plea was offered.

**SO ORDERED.**

DATED:     September 29, 2008
           Buffalo, New York

H. KENNETH SCHROEDER, JR.
United States Magistrate Judge